IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

        Plaintiff,

v.                                 Case No.  4:16cv111-MW/CAS

LIBERTY UNIVERSITY,

        Defendant.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 5, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 6.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   Pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), this case is **TRANSERRED** to the United States District Court, Western District of Virginia, Lynchburg Division, for all further proceedings.

SO ORDERED on April 16, 2016.

                                        s/Mark E. Walker              \_\_\_\_
                                        **United States District Judge**